UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA                              Index No.: 11cr00424

                                    Plaintiff,         **NOTICE OF**
                                                       **APPEARANCE**

                    -against-

JAMES ROSEMOND,
    also known as "Jimmy Henchmen"
DARRON LAMONT BENNETT
    also known as "L" and "Dirt",
JASON WILLIAMS,
MARIO ROSEMOND and
DENNIS GRAHAM
    also known as "Mark Black" and "Bigga"

                                    Defendants.

_____

    Please take notice that the undersigned hereby appears for the Defendant, Darron Lamont Bennett, in the above captioned indictment.

Dated: New York, NY
       13 October 2011

                                    _____
                                    EDWARD S. PANZER, ESQ.
                                    Attorney for Plaintiff
                                    111 Broadway, Suite 1000
                                    New York, NY  10006
                                    (212) 514-5335
                                    Panzer2@rcn.com