UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | Index No.: 11cr00424 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| JAMES ROSEMOND,<br>     also known as "Jimmy Henchmen"<br>DARRON LAMONT BENNETT<br>     also known as "L" and "Dirt",<br>JASON WILLIAMS,<br>MARIO ROSEMOND and<br>DENNIS GRAHAM<br>     also known as "Mark Black" and "Bigga" | |
| Defendants. | |

_____

Please take notice that the undersigned hereby appears for the Defendant, Darron Lamont Bennett, in the above captioned indictment.

Dated:  New York, NY
            13 October 2011

                                                            *E. S. Panzer* (signature)
                                                            _____
                                                            EDWARD S. PANZER, ESQ.
                                                            Attorney for Plaintiff
                                                            111 Broadway, Suite 1000
                                                            New York, NY  10006
                                                            (212) 514-5335
                                                            Panzer2@rcn.com