**GEORGE L. SANTANGELO**
ATTORNEY & COUNSELOR AT LAW

THE TRINITY BUILDING
111 BROADWAY, SUITE 1000
NEW YORK, NY 10006

GLS@santangelo.ws
PHONE (212) 269-4488

108 BROOK STREET
SCARSDALE, NY 10583

PHONE (914) 472-5044

14 November 2011

Honorable John Gleeson
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

Re: **USA V. Darron Lamont Bennett  11CR424**

Dear Judge John Gleeson:

This case is scheduled for a November 16 status conference. Both counsel for Mr. Bennett will be in Chicago before USDJ Castillo on US v. Zambada-Niebla 09cr383. Please adjourn the conference to December 6, 7 or 8. For the purpose of this adjournment, Defendant waives his Speedy Trial rights.

The government has consented to this application and adjournment.

Very truly yours,

George L. Santangelo, Esq.