Criminal Calendar - Status Conference.

Before: Judge John Gleeson, U.S.D.J.

Date: 2/1/2012                                    Time: 11:20 Am - 11:40 Am.

DOCKET NUMBER: 11CR424    CASE NAME: USA v. Rosemond et al

DEFENDANT'S NAME: Darron Bennett
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Edward S. Panzer
___ Legal Aid ___ CJA ✓ Retained

AUSA: Todd Kaminsky                Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language) _____

COURT REPORTER: Tony Mancuso

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.  ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type ☒ T  Start 2/1/2012 Stop 3/5/12

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:

- The parties are still in negotiations.
- The next Status Conference is set for March 5, 2012 at 10:00 Am