Criminal Calendar – Status Conference

Before: Judge John Gleeson, U.S.D.J.

Date: 3/5/2012   Time: 10:00 AM – 10:40 AM

DOCKET NUMBER: 11CR424   CASE NAME: USA v. Rosemond et al

DEFENDANT'S NAME: Darron Lamont Bennett
✓ Present ___ Not Present ✓ In Custody ___ Bail

DEFENSE COUNSEL: Edward S. Panzer
___ Legal Aid ___ CJA ✓ Retained

AUSA: Todd Kaminsky   Deputy Clerk: Ilene Lee

INTERPRETER: _____ (Language)

COURT REPORTER: Lisa Schwam

✓ Case called for:

___ Arraignment:

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Defendant informed of rights.

___ Defendant entered NOT GUILTY PLEA to ALL counts of the indictment.

___ Status Conference:

✓ Order of Speedy Trial entered. Code Type XT  Start 3/5/12  Stop 4/27/12

___ Status conference set for _____ @ _____ Before: Judge _____

___ Pretrial conference set for _____ @ _____ Before: Judge _____

___ Bail Hearing:

___ Defendant was released on _____ PRB with / without some conditions.

___ Bail application was denied. The Order of Detention previously entered is continued with leave to reapply to a Magistrate Judge, or, to the District Court Judge to whom this case is assigned.

___ Defendant failed to appear, bench warrant issued.

OTHERS:
- The defendant requests a trial date. The following schedule was given: Motions due by 3/26/12; Opposition due by 4/9/12; Replies due by 4/16/12.
- The motion hearing and final pretrial conference is set for April 27, 2012 at 9:30 Am.
- Jury Selection and Trial is set for May 21, 2012 at 9:30 Am